IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| KYLE RIMER, SAMANTHA RIMER, MARVIN CARPENTER, and KATHRYN CARPENTER, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| V. | ) ) | No.: 2:16-cv-00155 |
| AARON'S, INC. d/b/a AARON'S, | ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S FINAL WITNESS LIST

The Defendant, Aaron's Inc. d/b/a Aaron's, by and through counsel, pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and this Honorable Court's Scheduling Order, submits its final list of witnesses regarding the evidence that it may present at trial other than solely for impeachment or rebuttal.

## WITNESSES

**The names and, if not previously provided, the addresses and telephone numbers of each witness – separately identifying those the party expects to present and those it may call if the need arises.**

1. Lorenzo Miller
   c/o Ronald K. Isaacs
   620 Market Street, Fifth Floor
   Knoxville, TN 37902
   (865) 546-4646

2. Steve Dotson
   c/o Ronald K. Isaacs
   620 Market Street, Fifth Floor
   Knoxville, TN 37902
   (865) 546-4646

3.     Robert Scott
    c/o Ronald K. Isaacs
    620 Market Street, Fifth Floor
    Knoxville, TN 37902
    (865) 546-4646

4.     Dustin Sinard
    2751 White Oak Grove Road
    Morristown, TN 37813

5.     L. Henry Martini, P.E., C.F.E.I.
    Donan Engineering Company, Inc.
    12450 Lake Station Place
    Louisville, KY 40299
    1-800-482-5611, ext. 1138

6.     Any witnesses disclosed or identified by Plaintiffs in their initial disclosures, expert disclosures, discovery responses, or pretrial disclosures.

7.     Any witnesses necessary for rebuttal.

8.     Any witnesses discovered between now and trial.

9.     Any witnesses necessary for impeachment.

Aaron's reserves the right to object to the testimony of any witness in accordance with the Federal Rules of Evidence.

Aaron's also reserves the right to introduce and/or read from admissible portions of deposition testimony outlined or otherwise identified by Plaintiff.

Respectfully submitted this the 28th day of August, 2017.

/s/Ronald K. Isaacs
Benjamin W. Jones, Esq. (BPR #020156)
Ronald K. Isaacs, Esq. (BPR #032186)
LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.
One Centre Square, Fifth Floor
620 Market Street
Post Office Box 2425
Knoxville, TN 37901
(865) 546-4646
*Attorneys for Defendant Aaron's Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of August, 2017, a copy of the foregoing ***Defendant's Final Witness List*** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/Ronald K. Isaacs
Ronald K. Isaacs, Esq. (BPR #032186)