UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

KYLE RIMER, SAMANTHA RIMER, ]
MARVIN CARPENTER, and ]
KATHRYN CARPENTER, ]
 ]
 ]
       Plaintiffs, ]
 ] No. 2:16-cv-00155-TRM-MCLC
v. ]
 ]
AARON'S, INC. d/b/a AARON'S, ]
 ]
       Defendant. ]

# PLAINTIFFS' LIST OF WITNESSES

   1.    Kyle Rimer
        c/o Milligan & Coleman PLLP
        230 West Depot Street
        P. O. Box 1060
        Greeneville, TN 37744-1060
        (423) 639-6811

   2.    Samantha Rimer
        c/o Milligan & Coleman PLLP
        230 West Depot Street
        P. O. Box 1060
        Greeneville, TN 37744-1060
        (423) 639-6811

   3.    Marvin Douglas Carpenter
        c/o Milligan & Coleman PLLP
        230 West Depot Street
        P. O. Box 1060
        Greeneville, TN 37744-1060
        (423) 639-6811

   4.    Kathryn Carpenter
        c/o Milligan & Coleman PLLP
        230 West Depot Street
        P. O. Box 1060
        Greeneville, TN 37744-1060
        (423) 639-6811

5. Representatives of Bulls Gap Volunteer Fire Department
   115 York Street
   Bulls Gap, TN 37711
   (423) 235-2122

   Chuck Johnson
   Robbie Collins
   Terry Rose
   Randol Dyer, Jr.
   W.H. Warner
   Scooter Eidson
   Justin Baker
   Dakota Clevinger
   Dylan Hayes
   Stephen Greene
   Guy Smith
   Dustin Gilbert
   Cody Collins
   Brandon Griffin

6. Lorenzo Miller
   c/o Ronald K. Isaacs
   620 Market Street, Fifth Floor
   Knoxville, TN 37902
   (865) 546-4646

7. Dustin Sinard
   2751 White Oak Grove Road
   Morristown, TN 37813

8. Steve Dotson
   c/o Ronald K. Isaacs
   620 Market Street, Fifth Floor
   Knoxville, TN 37902
   (865) 546-4646

9. Elijah T. Settlemyre
   Trammell, Adkins & Ward PC
   1900 N. Winston Rd., Ste. 600
   Knoxville, TN 37919
   (865) 330-2577

10. Dr. Tom Eaton
    4516 Lexington Road
    Harrodsburg, KY 40330
    (859) 734-3135

11. Jerry Carter
    P. O. Box 17356
    Chattanooga, TN 37415
    (423) 876-1700

12. Jared McNash
    Hawkins County Sheriff's Department
    117 Justice Center Drive
    Rogersville, TN 37857
    (423) 272-4848

13. Mark Price
    MF Price Construction, Inc.
    341 Hamblen Ave., Ste. 100
    Morristown, TN 37813
    (423) 586-5307

14. Bryan Kirk
    MF Price Construction, Inc.
    341 Hamblen Ave., Ste. 100
    Morristown, TN 37813
    (423) 586-5307

15. All witnesses listed by defendant.

Respectfully submitted,

 s/ Thomas L. Kilday
THOMAS L. KILDAY, BPR # 004732
MILLIGAN & COLEMAN PLLP
P. O. Box 1060
Greeneville, TN  37744-060
423 639-6811
423 639-0278 facsimile
tkilday@milligancoleman.com

Attorney for Plaintiffs

3

## CERTIFICATE OF SERVICE

   I hereby certify that on August 28, 2017, a copy of the foregoing Plaintiffs' List of Witnesses was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                *s/ Thomas L. Kilday*
                THOMAS L. KILDAY, BPR # 004732
                MILLIGAN & COLEMAN PLLP
                P.O. Box 1060
                Greeneville, TN 37744-1060
                423 639-6811
                423 639-0278 facsimile
                tkilday@milligancoleman.com